■ AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY, Appellant, v SHEILA SULLIVAN, Respondent. [632 NYS2d 49] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly granted summary judgment in favor of defendant. There is no merit to the contention of plaintiff insurer that it is entitled to recover from defendant payments made to her children. Plaintiff paid defendant's children pursuant to the uninsured motorist provisions of the policy. The subrogation clause provides that, if plaintiff makes a payment under the policy and "the person to or for whom payment was made has a right to recover damages from another", plaintiff "shall be subrogated to that right". We conclude that the subrogation clause is ambiguous concerning whether the term "another" includes the named insured. Because ambiguous insurance policy provisions must be liberally construed in favor of the insured *(see, Knudsen v Field,* 185 AD2d 765), we hold that the subrogation provision may not be applied against the insured in this case. (Appeal from Order of Supreme Court, Erie County, Whelan, J.—Summary Judgment.) Present—Green, J. P., Lawton, Fallon, Doerr and Boehm, JJ.

■ HELEN SMITH et al., Appellants-Respondents, v AUBURN MEMORIAL HOSPITAL, Respondent-Appellant. [632 NYS2d 1021] —Order unanimously affirmed without costs. Memorandum: The negligence of defendant and the cause of the injuries to Helen Smith (plaintiff) may be reasonably inferred from the circumstantial evidence adduced at trial *(see, Schneider v Kings Highway Hosp. Ctr.,* 67 NY2d 743, 744; *Coluzzi v Korn,* 209 AD2d 951, 951-952, *lv denied* 85 NY2d 801; *Pollicina v Misericordia Hosp. Med. Ctr.,* 158 AD2d 194, 199-200, *lv dismissed* 76 NY2d 934; *cf., Nyon Sook Lee v Shields,* 188 AD2d 637). Supreme Court did not err in granting defendant a new trial on damages unless plaintiff agreed to a total verdict of $120,000. The jury's award of $350,000 for future pain and suffering was excessive and differed materially from what would be reasonable compensation *(see,* CPLR 5501 [c]). (Appeals from Order of Supreme Court, Cayuga County, Contiguglia, J.—Set Aside Verdict.) Present—Green, J. P., Lawton, Fallon, Doerr and Boehm, JJ.